# CRIMINAL COMPLAINT

**(Electronically Submitted)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Dawn Marie Pruett**<br>DOB: 1967; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-3604MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
On or about June 15, 2026, in the District of Arizona, **Dawn Marie Pruett**, knowing or in reckless disregard that certain illegal aliens, including Luis Enrique Chavez-Rivera, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On June 15, 2026, in the District of Arizona (Nogales), Border Patrol Agents (BPAs) operating the Interstate 19 Border Patrol checkpoint encountered the driver of a 2007 Toyota Solara, **Dawn Marie Pruett,** in lane two in the primary inspection area. **Pruett** drove past BPAs and failed to stop at their location for inspection. BPAs yelled "stop" twice and **Pruett** stopped just past the stop signs. BPAs walked up to the car to conduct their inspection and **Pruett** claimed she didn't know she had to stop. BPAs asked **Pruett** if she's a United States Citizen, she stated, "Yes." BPAs asked if they could search the trunk of the car, she stated, "Um ok, yeah". BPAs directed her towards the secondary inspection area where they were granted permission by **Pruett** to open and look inside the truck. Inside the trunk they discovered Luis Enrique Chavez-Rivera trying to conceal himself. Chavez admitted to BPAs he is a citizen and national of Mexico. Record checks revealed Chavez, does not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Luis Enrique Chavez-Rivera stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States. Chavez doesn't know the person who told him to get in the vehicle. He was the only person there when he got in the vehicle. He was instructed to get into the trunk while in Mexico prior to crossing illegally. He stated that after he got in the trunk, the vehicle drove for approximately one hour without stopping before arriving at the checkpoint. He stated the driver never told him anything and stated he did not know if the driver was arrested.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Luis Enrique Chavez-Rivera

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE:<br>Border Patrol Agent<br>Nick Piccolo |
|---|---|
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>June 16, 2026 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: J. Kreamer Hope